*et al. v.* CLARK SAMMARTINO *et al.* This is a petition for writ of certiorari to review a Superior Court order granting the plaintiffs' motion to vacate a default judgment under Super. R. Civ. P. 60(b). Absent unusual circumstances, we will not review such an order on appeal or by writ of certiorari, and no such unusual circumstances exist in this case. *Griffin v. Rahill,* 112 R. I. 549, 313 A.2d 374 (1973); *Giarrusso v. Corrigan,* 108 R. I. 471, 276 A.2d 750 (1971). Petition for writ of certiorari is denied accordingly. *Hawkins & Hoopis, Harry J. Hoopis,* for plaintiffs-respondents. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for defendants-petitioners.

C. A. No. 73-278. STATE *v.* JOHN EUART. Defendant is ordered to appear before the court on Monday, April 7, 1975, at 9:30 a.m. to show cause why the above-entitled matter should not be dismissed for failure to comply with the rules of the Supreme Court. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Andrew A. Bucci,* for defendant.

APPEAL No. 74-232. MAUREEN ALFONSO *v.* WAYNE ALFONSO. Motion of appellee, Wayne Alfonso, to dismiss the appeal denied. *Alfred Factor,* for appellant. *Bucci & O'Neill, James L. O'Neill,* for appellee.

APPEAL No. 74-256. HOWARD KAUFMAN *v.* LUTHER A. RAY. Motion of appellant, Luther A. Ray, for enlargement of time for filing brief, and the motion of appellee, Howard Kaufman, to dismiss for failure to file brief are denied as being moot. Motion of appellee to affirm the judgment of the Superior Court under Rule 16(g), as amended, is denied. *Levy, Goodman, Semonoff & Gorin, Anthony F. Muri,* for appellee. *Quentin J. Geary,* for appellant.